tification of appellant by Mattie McClain still stands, affected only by the suggestion of her possible self-interest, which suggestion had already been made. The conclusion is that the proffered newly discovered evidence was obviously not of such conclusive character that it would probably change the result on retrial.

It is unnecessary to consider whether the other criteria for considering newly discovered evidence were met.

For the foregoing reasons, the judgment is affirmed.

Judgment affirmed.

LEIGHTON and DOWNING, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NORMAN EAGLIN *et al.*, Defendants-Appellants.

(No. 59328; ▬▬▬▬▬▬)

First District (2nd Division)—September 27, 1974.

James J. Doherty, Public Defender, of Chicago (Phillip A. Olson and John M. Kalnins, Assistant Public Defenders, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Jerome Charles Randolph, and Michael F. Baccash, Assistant State's Attorneys, of counsel), for the People.